IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JANA LATCHAM and CORNELIA KUEHL, Each Individually and on Behalf of all Others Similarly Situated** — **PLAINTIFFS**

vs. No. 4:16-cv-582-BSM

**U.S. PIZZA COMPANY, INC.** — **DEFENDANT**

**PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION, FOR DISCLOSURE OF CONTACT INFORMATION, AND TO SEND NOTICES**

COME NOW Plaintiffs Jana Latcham and Cornelia Kuehl (collectively, "Plaintiffs"), each individually and on behalf of all others similarly situated, by and through their attorneys Steve Rauls and Josh Sanford of the Sanford Law Firm, PLLC, and for their Motion for Conditional Certification, for Disclosure of Contact Information, and to Send Notices, state and allege as follows:

1. Plaintiffs brought this suit on behalf of all former and current tipped employees employed by Defendant U.S. Pizza Company, Inc. (hereinafter "Defendant"), to recover wages and other damages pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. ("FLSA") and the Arkansas Minimum Wage Act, Ark. Code Ann. § 11-4-201, *et seq*. ("AMWA").

2. Plaintiffs brought this action as a collective action pursuant to 29 U.S.C. § 216(b). Plaintiffs now ask this Court to conditionally certify the following class:

> **All persons whom U.S. Pizza Company, Inc., classified as tipped employees at any time after August 12, 2013.**

3. Section 216(b) of the FLSA provides that "[a]n action . . . may be maintained against any employer . . . by any one or more employees for and in behalf of himself or themselves and other employees similarly situated." 29 U.S.C. § 216(b).

4. Plaintiffs hereby move the Court to conditionally certify this lawsuit as a collective action for the purpose of providing notice of the action to members of the collective action class.

5. Plaintiffs and the members of the putative class are sufficiently similarly situated that conditional certification of the proposed class is appropriate.

6. Attached as Exhibits 1 and 2, respectively, are the *Notice* (ECF No. 10-1) and *Consent to Join* (ECF No. 10-2) proposed by Plaintiffs for distribution in this case. Attached as Exhibits 3 and 4, respectively, are the *Electronic Notice* (ECF No. 10-3) and *Electronic Consent to Join* (ECF No. 10-4) proposed by Plaintiffs for electronic distribution in this case. The *Notices* and *Consents* make no comment on the merits of the case. The *Notices* are narrowly drawn to notify potential class members of the pending litigation, the composition of the class and their right to "opt in" to the litigation.

7. Plaintiffs request a period of ninety (90) days to distribute the *Notice* and file *Consent* forms with this Court and requests this Court to enter an Order directing Defendant to provide the names, last known home and work addresses, and email addresses of potential opt-in Plaintiffs no later than one (1) week after the date of the entry of the Order granting this Motion.

8. Plaintiffs request that this Court permit them to provide the *Notice* to potential opt-in Plaintiffs via email and traditional U.S. mail, and that this Court permit Plaintiffs to distribute a reminder postcard via traditional U.S. Mail and a follow-up email.

9. To guarantee notice to Defendant's current employees, Plaintiffs ask that Defendant be required to post the Notice in a conspicuous location at its restaurants within Arkansas in the same areas in which they post government-required notices.

10. Plaintiffs further request that this Court approve the inclusion of Plaintiffs' Original Complaint – Class Action (ECF No. 1), as well as Defendant's Answer thereto, along with the *Notice*.

11. In support of the current Motion, Plaintiffs incorporate their Brief in Support, filed concurrently herewith.

12. In support of their Motion, Plaintiffs file herewith the following Exhibits:

Ex. 1: Proposed Notice of Right to Join Lawsuit ("*Notice*") (ECF No. 10-1);
Ex. 2: Proposed Consent to Join Collective Action ("*Consent to Join*") (ECF No. 10-2);
Ex. 3: Proposed Texts of Electronic Transmissions (ECF No. 10-3);
Ex. 4: Proposed Electronic Consent to Join Collective Action (ECF No. 10-4);
Ex. 5: Proposed Reminder Postcard ("*Postcard*") (ECF No. 10-5);
Ex. 6: Declaration of Attorney Josh Sanford (ECF No. 10-6);
Ex. 7: Declaration of Cornelia Kuehl (ECF No. 10-7); and
Ex. 8: Declaration of Jana Latcham (ECF No. 10-8).

WHEREFORE, premises considered, Plaintiffs pray that the Court conditionally certify the class proposed by Plaintiffs; that Defendant be ordered to provide the names and current and/or last known mailing and email addresses of all potential class members no later than one (1) week after the date of the entry of the Order granting this Motion; for approval and sending of the attached *Notice* and *Consent to Join* form, along with Plaintiffs' Original Complaint – Class Action, and Defendant's Answer thereto, to all potential class members as set forth herein; and that the Court grant counsel a period of ninety (90) days during which to distribute by mail and by email the *Notice* and to file opt-in Plaintiff's *Consent* forms with this Court; for costs and a reasonable

attorney's fee; and for all other relief to which Plaintiffs may be entitled, whether specifically prayed for or not.

Respectfully submitted,

**JANA LATCHAM and CORNELIA KUEHL, Each Individually and on Behalf of all Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
ONE FINANCIAL CENTER
650 SOUTH SHACKLEFORD, SUITE 411
LITTLE ROCK, ARKANSAS 72211
TELEPHONE: (501) 221-0088
FACSIMILE: (888) 787-2040

By: Steve Rauls
Ark. Bar No. 2011170
steve@sanfordlawfirm.com

and *_/s/ Josh Sanford_*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**CERTIFICATE OF SERVICE**

I, Josh Sanford, do hereby certify that on date imprinted by the CM/ECF system, a true and correct copy of the foregoing MOTION was filed via the CM/ECF system and that the attorneys named below have consented to the electronic distribution of pleadings by the CM/ECF system:

William Stuart Jackson, Esq.
Jane A. Kim, Esq.
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
wjackson@wlj.com
jkim@wlj.com

*/s/ Josh Sanford*
**Josh Sanford**