IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JANA LATCHAM and CORNELIA KUEHL, Each Individually and on Behalf of all Others Similarly Situated** **PLAINTIFFS**

vs. No. 4:16-cv-582-BSM

**U.S. PIZZA COMPANY, INC.** **DEFENDANT**

**TEXT OF ELECTRONIC TRANSMISSIONS**

The following is the proposed text to be included in the Notice email to the putative class. The email will be sent to all email addresses provided by Defendant from Josh Sanford's email, josh@sanfordlawfirm.com.

> Please see attached notice regarding a minimum wage lawsuit against U.S. Pizza Company, Inc. In a little while, you will receive an email from RightSignature.com, containing an electronic consent form. Signing the consent form is a multi-step process: if you want to join the lawsuit, you have to go past the point at which you have pressed "Done," to the next screen where you will then press "Submit." You are not finished until you press "Submit." Once you've completed the signing process, you should receive a confirmation email from RightSignature.com, letting you know that you've successfully completed the document. If you do not receive the email from Right Signature, then you have not signed up for the lawsuit.

The following is the proposed text to be included in the email from RightSignature.com.

> Please see attached Consent regarding a minimum wage lawsuit against Defendant U.S. Pizza Company, Inc. Signing the Consent form is a multi-step process: if you want to join the lawsuit, you have to go past the point at which you have pressed "Done," to the next screen where you will press "Submit." You are not finished until you press "Submit." Once you've completed the signing process, you will receive a confirmation email from RightSignature.com, letting you know that you've successfully completed the document. If you don't receive the email from Right Signature, then you have not signed up for the lawsuit.