IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JANA LATCHAM and CORNELIA KUEHL, Each Individually and on Behalf of all Others Similarly Situated** **PLAINTIFFS**

vs. No. 4:16-cv-582-BSM

**U.S. PIZZA COMPANY, INC.** **DEFENDANT**

**CONSENT TO JOIN COLLECTIVE ACTION**

I was employed as a tipped employee for Defendant U.S. Pizza Company, Inc. (“Defendant”), on or after August 12, 2013. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid minimum wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature:** ____________________
**PRINTED NAME**

Date: ____________ ___, 2017

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**One Financial Center**
**650 South Shackleford Road, Suite 411**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

**IMPORTANT: RETURN FOR FILING BEFORE __________ ___, 2017**