# POSTCARD

**JANA LATCHAM and CORNELIA KUEHL, Individually and on Behalf of All Others Similarly Situated** **PLAINTIFFS**

vs. No. 4:16-cv-582-BSM

**U.S. Pizza Company, Inc.** **DEFENDANT**

**SECOND NOTICE OF RIGHT TO JOIN LAWSUIT**

On ________ __, 2017, you were sent a **Notice of Right to Join Lawsuit** informing you of a lawsuit in which you may be a member as an Opt-In Plaintiff. You are being sent this second notice because you have not yet joined the lawsuit. If you did not receive the first Notice and would like a copy, please contact Plaintiffs' attorney listed below. If you already sent a Consent, it has not been received.

**Mr. Josh Sanford – SANFORD LAW FIRM, PLLC**
**ONE FINANCIAL CENTER**
**650 SOUTH SHACKLEFORD, SUITE 411**
**LITTLE ROCK, ARKANSAS 72211**
**Telephone: (501) 221-0088 - Fax: (888) 787-2040**
**Email: josh@sanfordlawfirm.com**

Mr. Josh Sanford
SANFORD LAW FIRM, PLLC
One Financial Center
650 South Shackleford Road, Suite 411
Little Rock, Arkansas 72211

Stamp

______________________________

______________________________

______________________________

______________________________